UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN SUTHERLIN, individually and on behalf of similarly situated persons,<br><br>  Plaintiff,<br><br>  v.<br><br>HOOGLAND FOODS, L.L.C., d/b/a Marco's Pizza, *et al.*,<br><br>  Defendant | CIVIL NO. 3:18-cv-573 RLM-MGG |

ORDER

The parties' joint motion to withdraw their joint motion to file the settlement agreement under seal at Doc. No. 33 is GRANTED. [Doc. No. 36]. The court finds the agreement a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 219(b). The joint motion to approve the settlement agreement [Doc. No. 34] is GRANTED and all claims against the defendant are DISMISSED with prejudice. The Clerk is directed unseal the motion for settlement and enter the judgment accordingly.

SO ORDERED.

ENTERED:   September 4, 2020

  /s/ Robert L. Miller, Jr.
  Judge, United States District Court