# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KEVIN SUTHERLIN
*individually and on behalf of similarly situated persons*

       Plaintiff

  v.

                                                **Civil Action No. 3:18-cv-573**

HOOGLAND FOODS, LLC, *doing business as,*
Marco's Pizza and KEITH HOOGLAND, *Individually*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED with prejudice.

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr.

DATE: 9/4/2020                                   ROBERT N. TRGOVICH, CLERK OF COURT

                                                  by  s/ B. Scheumann _____
                                                  *Signature of Clerk or Deputy Clerk*